UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE BONNER

    Plaintiff,

v.

FAMILY INDEPENDENCE AGENCY,
WILLIE ANDERSON, and LINDA
ROBINSON,

    Defendants.

_____/

Case No. 04-74574

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
PAUL J. KOMIVES

## JUDGMENT

In accordance with the Order entered on December 20, 2005,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED.

Dated at Detroit, Michigan, this 20th day of December 2005.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: Theres E. Taylor
            Deputy Clerk

Approved:

s/sARTHUR J. TARNOW
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE